UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY ALLEN HELLER,<br><br>        Petitioner,<br><br>    v.<br><br>K. HOLLAND, et al.,<br><br>        Respondents. | No. 2:15-cv-0587 MCE KJN P<br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus. In the answer, respondent states that confidential material was disclosed to respondent during petitioner's direct appeal. (ECF No. 18 at 7 n.1.) Respondent states that he will file a separate request to lodge this confidential material under seal. (Id.) It does not appear that respondent filed the request to lodge this material.

Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, respondent shall file a request to lodge under seal the confidential material referred to in the answer.

Dated: August 15, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hell587.157

1