IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**LEROY ALLEN HELLER,**

Petitioner,

v.

**KIM HOLLAND, WARDEN,**

Respondent.

Case No. 2:15-cv-0587 MCE KJN P

**ORDER**

By order filed August 15, 2017, respondent was directed to file a request to lodge under seal the confidential material referred to in the answer. On August 22, 2017, respondent filed a request to seal documents. Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to United States District Court, Eastern District of California, Local Rule 141, respondent's request to seal documents (ECF No. 27) is granted; and

2. The compact disk submitted to the court shall be sealed.

Dated: August 23, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hell0587.seal.cd